UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---------------------------------------------------------x
DISABILITY RIGHTS LOUISIANA,                :
                                            :   CASE NO.: 3:24-cv-00554-JWD-SDJ
vs.                                         :
                                            :   Judge: John W. DeGravelles
NANCY LANDRY, in her official capacity      :
as Secretary of State of the State of       :   Magistrate: Scott D. Johnson
Louisiana; and ELIZABETH MURRILL, in        :
her official capacity as Attorney General of :
the State of Louisiana                      :
---------------------------------------------------------x

## **MOTION FOR VOLUNTARY DISMISSAL**

Now Comes Disability Rights Louisiana ("Plaintiff"), which moves for voluntary dismissal of this action without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2). For the reasons set forth in the attached memorandum, Plaintiff seeks to voluntarily dismiss this action without prejudice. An order dismissing this action without prejudice is appropriate as no other party will be prejudiced, and dismissal without prejudice is the relief that the Court would grant if the defendants' motions to dismiss for lack of subject matter jurisdiction were granted.

Accordingly, for the reasons set forth in the attached memorandum, Plaintiff moves this Court for an order of dismissal of this action without prejudice.

Respectfully submitted, this 12th day of February, 2025.

By:/s/ *Garret S. DeReus*
     Garret S. DeReus

BIZER & DeREUS

Attorneys for Plaintiff
Andrew D. Bizer, Esq. (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus, Esq. (LA # 35105)

gdereus@bizerlaw.com
Eva M. Kalikoff, Esq. (LA # 39932)
eva@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

\*\*\*AND\*\*\*

Melanie A. Bray, La. Bar No. 37049
J. Dalton Courson, La. Bar No. 28542
Disability Rights Louisiana
8325 Oak Street
New Orleans, LA 70118
504-208-4151
504-272-2531 (fax)
mbray@disabilityrightsla.org
dcourson@disabilityrightsla.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2025, the foregoing pleading has been or will be delivered to counsel of record for all parties via ECF filing.

By: /s/ Garret S. DeReus
GARRET S. DEREUS