UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DISABILITY RIGHTS LOUISIANA,

versus

NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana; and ELIZABETH MURRILL, in her official capacity as Attorney General of the State of Louisiana

CIVIL ACTION

NO. 24-00554-JWD-SDJ

Judge: John W. DeGravelles

Magistrate: Scott D. Johnson

## ORDER

Having considered Plaintiff's Motion for Voluntary Dismissal and without objection from the Defendants,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff are hereby **DISMISSED,** without prejudice.

BATON ROUGE, LOUISIANA, this  13th  day of   February  , 2025.

_____
JUDGE